| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **MAT Transport, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **47-4282340**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **4140 Grand Ave.** <br> **Phoenix, AZ 85019** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

| Debtor | **MAT Transport, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **MAT Transport, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | MAT Transport, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 22, 2024**
MM / DD / YYYY

X **/s/ Marko Tomovic**
Signature of authorized representative of debtor

**Marko Tomovic**
Printed name

Title **President**

Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**
Signature of attorney for debtor

Date **July 22, 2024**
MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone **602-888-9229**   Email address **lamar@guidant.law**

**013251 AZ**
Bar number and State

In re  **MAT Transport, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **4** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **July 22, 2024**

/s/ Marko Tomovic  
**Marko Tomovic**/**President**  
Signer/Title

Date: **July 22, 2024**

/s/ D. LAMAR HAWKINS  
Signature of Attorney  
**D. LAMAR HAWKINS**  
**Guidant Law, PLC**  
**402 E. Southern Ave**  
**Tempe, AZ 85282**  
**602-888-9229**

MAT Transport, Inc. -

AGA
740 WALT WHITMAN RD
MELVILLE NY 11747-9090


AMERICAN EXPRESS
C/O GURSTEL LAW FIRM, PC
6681 COUNTRY CLUB DRIVE
GOLDEN VALLEY MN 55427


AMSHER COLLECTION SERVICES
4524 SOUTHLAKE PARKWAY, STE 15
BIRMINGHAM AL 35244-3271


AMTRUST FINANCIAL
800 SUPERIOR AVENUE E
CLEVELAND OH 44114


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028, MAIL DROP 5881
PHOENIX AZ 85005-6028


ARIZONA DEPARTMENT OF REVENUE
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX AZ 85004


BMW FINANCIAL SERVICES
5550 BRITTON PKWY
HILLIARD OH 43026


CHASE BANK
PO BOX 182051
COLUMBUS OH 43218-2051


CHASE BANK
9200 OAKDALE AVE
CHATSWORTH CA 91311


CITY OF PHOENIX
PO BOX 29115
PHOENIX AZ 85038-9115


CROSSROADS
9385 HAVEN AVENUE
RANCHO CUCAMONGA CA 91730

MAT Transport, Inc. -


CST CO.
PO BOX 33127
LOUISVILLE KY 40232-3127


DEVIN A. HAYES
LEWIS RICE LLC
600 WASHINGTON AVE, STE 2500
SAINT LOUIS MO 63101


ENX LLC
19819 N 43RD AVE
GLENDALE AZ 85308


FIRST INSURANCE FUNDING
450 SKOKIE BLVD, STE 1000
NORTHBROOK IL 60062-7917


HUNTINGTON BANK
11100 WAYZATA BOULEVARD, SUITE 700
HOPKINS MN 55305


INTEGRA BANK
16215 N 28TH AVE
PHOENIX AZ 85053


INTERNAL REVENUE SERVICE
4041 N. CENTRAL
SUITE 112, MAIL STOP 5014
PHOENIX AZ 85012


IRON MAINTENANCE
5601 W MOHAVE ST.
PHOENIX AZ 85043


LOVE'S TRUCK STOP
10601 N PENNSYLVANIA AVE.
OKLAHOMA CITY OK 73120


MARKO TOMOVIC
12651 S. 71ST ST.
TEMPE AZ 85284

MAT Transport, Inc. -


MIDLAND FINANCING
C/O CONTRACT CARE
105 14TH AVE SUITE 300
SEATTLE WA 98122


MILESTONE EQUIPMENT HOLDINGS
1520 S 5TH STREET SUITE 270
SAINT CHARLES MO 63303


PAYCOR INC.
C/O GURSTEL LAW FIRM PC
9320 E RAINTREE DRIVE
SCOTTSDALE AZ 85260


PENSKE TRUCK LEASING CO.
C/O STEVENS & LEE
840 W HAMILTON ST, STE 521
ALLENTOWN PA 18101


PILOT AND FLYING J
6700 W LATHAM ST
PHOENIX AZ 85043


PIONEER CREDIT RECOVERY
PO BOX 189
ARCADE NY 14009


QUANTUM 222 TRUST
9300 METCALF AVE
OVERLAND PARK KS 66212


RESTORED 121 TRUST
9300 METCALF AVE
OVERLAND PARK KS 66212


ROWELL AUTO LLC
4140 GRAND AVE, BLDG 1
PHOENIX AZ 85019


RYDER TRUCK RENTAL INC.
6000 WINDWARD PARKWAY
ALPHARETTA GA 30005

MAT Transport, Inc. -

TANDEM FINANCE
3801 AUTOMATION WAY , STE 207
FORT COLLINS CO 80525

U.S. BANK
1310 MADRID ST
MARSHALL MN 56258

U.S. SMALL BUSINESS ADMINISTRATION
DISASTER ASSTC/ PROCESSING AND DISBURSMT
14925 KINGSPORT RD
FORT WORTH TX 76155

US BANK, NA
C/O JENNINGS HAUG KELEHER MCLEOD LLP
2800 N CENTRAL AVE, STE 1800
PHOENIX AZ 85004-1049

VOLVO FINANCIAL SERVICES LEASING
C/O CREDIT MANAGEMENT COMPANY - VFS
661 ANDERSEN DRIVE, SUITE 110
PITTSBURGH PA 15220

WESCO INSURANCE
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND OH 44146

WEST VALLEY NATIONAL BANK
2111 E. HIGHLAND AVE, STE B-150
PHOENIX AZ 85016

WEST VALLEY NATIONAL BANK
C/O FOLKS HESS, PLLC - ATTN: LARRY FOLKS
1850 N CENTRAL AVE, STE 1140
PHOENIX AZ 85004

XTRA LEASE
PO BOX 219562
KANSAS CITY MO 64121-9562